**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>YAQUASIA DELCARMEN,<br><br>Defendant | CASE NO.: 3:24-cr-137-HES-MCR |

**DEFENDANT'S FIRST UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE**

The Defendant, through counsel, respectfully moves the Court for an order temporarily modifying paragraph 7(h) of the Order Setting Conditions of Release (Doc. 16) in this matter pursuant to 18 U.S.C. § 3142(c)(3). In support of this motion, Ms. Delcarmen would show the Court as follows:

Ms. Delcarmen was ordered released on conditions pending trial on April 22, 2024. Paragraph 7(h) of the subject Order requires Ms. Delcarmen to participate in the electronic monitoring program under the direction of Pretrial Services which she has been complying with. She currently wears an ankle monitor for this purpose. Ms. Delcarmen's physician has ordered an MRI exam to assist in diagnosing and treating a medical issue. This examination cannot occur with an ankle monitor attached. The examination will be scheduled after this matter has been ruled upon.

Counsel conferred with Assistant United States Attorney Aakash Singh about this motion and the government is not opposed.

Defendant respectfully requests the Court enter an order permitting Ms. Delcarmen to report to Pretrial Services on the date of the MRI to have the monitor removed and directing her to return to Pretrial Services after the exam to have it replaced.

        Respectfully Submitted,

        **LAW OFFICE OF ERIC ROPER, P.A.**

        */s/ C. Eric Roper*
        C. Eric Roper
        Florida State Bar Number:  84619
        301 W. Bay Street, Suite 1413
        Jacksonville, FL 32202
        Telephone:  (904) 354-8775
        Fax:  (904) 779-3247
        E-mail:  eric@ericroperlaw.com
        Attorney for Defendant

## **CERTIFICATE OF SERVICE**

I certify that on the 22nd day of October, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the counsel of record.

        Respectfully Submitted,

        */s/ C. Eric Roper*
        C. Eric Roper