UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**HONORABLE HARVEY E. SCHLESINGER**

| CASE NO. | 3:24-cr-137-HES-MCR | DATE: December 11, 2024 |
|---|---|---|
| TITLE: | USA v. Yaquasia DelCarmen | |
| TIME: | 11:00 a.m. – 12:24 p.m. | |
| TOTAL: | 1 hour 24 minutes | |

| Courtroom Deputy: Timothy Luksha | Court Reporter: Shelli Kozachenko |
|---|---|
| Probation: Nicole Hiers | |
| Counsel for Government: Akash Singh<br>Kirwinn Mike | |
| Counsel for Defendant: Christopher Eric Roper | |

## CLERK'S MINUTES

Court in session and counsel identified for the record.

Defendant previously adjudicated guilty as to Counts One and Two of the Information.

**SENTENCE IMPOSED as to** Counts One and Two of the Information.

**IMPRISONMENT**: **NINETY-SIX (96) MONTHS. This term consists of a 96 month term as to each of Counts 1 and 2, all such terms to run concurrently.**

The Court recommends to the Bureau of Prisons that the defendant be incarcerated as close to Jacksonville, FL, as possible; preferably at FCI Coleman, and enrolled in the residential substance abuse treatment program (RDAP).

**SUPERVISED RELEASE**: **THREE (3) YEARS. This term consists of a 3-year term as to each of Counts 1 and 2, all such terms to run concurrently.**

*Special conditions of supervised release:*

Mandatory drug testing requirements are imposed.

The defendant shall participate in a substance abuse program (outpatient and/or inpatient).

Defendant shall cooperate in the collection of DNA.

**SPECIAL ASSESSMENT** of $200.00 is due immediately.

**FINE** and cost of imprisonment are waived.

**FORFEITURE:** The defendant shall forfeit to the United States the defendant's interest in the following assets: $1,760,210.97, any property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of the offenses.

The defendant is remanded to the custody of the United States Marshal to await designation by the Bureau of Prisons.

Defendant advised of right to appeal.